UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Stanley Saint-Victor,
    *Plaintiff*,

v.

Teddy's Transportation System, Inc.,
    *Defendant*.

Civil No. 3:14cv01342(JAM)

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Magistrate Judge Fitzsimmons reported that this matter has settled. This case will now be dismissed, without prejudice, and the Clerk is directed to close the file.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), or if their settlement was not consummated, they may move to re-open the case by April 6, 2015.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel and Magistrate Judge Fitzsimmons in resolving this matter.

The Clerk is directed to close this case.

        IT IS SO ORDERED

        /s/ *Jeffrey Alker Meyer*
        Jeffrey Alker Meyer
        United States District Judge

**Dated at Bridgeport, Connecticut:** **March 6, 2015**